1   LATHAM & WATKINS LLP
    Nicole C. Valco (CA Bar No. 258506)
2      *nicole.valco@lw.com*
    505 Montgomery Street, Suite 2000
3   San Francisco, CA 94111-6538
    Telephone: +1.415.391.0600
4   Facsimile: +1.415.395.8095
5
    Attorney for Defendant
6   *24 Hour Fitness USA, Inc.*
7
8   *Additional Counsel Listed on Signature Page*

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

| | |
|---|---|
| BRENDA LABIB, individually and on behalf of all other persons similarly situated, | Case No. 3:20-cv-02134-JD |
| Plaintiff, | **JOINT STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1(a) EXTENDING TIME FOR DEFENDANT 24 HOUR FITNESS USA, INC. TO RESPOND TO THE COMPLAINT** |
| v. | |
| 24 HOUR FITNESS USA, INC., | |
| Defendant. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, Plaintiff Brenda Labib filed the instant complaint on March 27, 2020
2 (Dkt. 1);

3    WHEREAS, Defendant 24 Hour Fitness USA, Inc. ("24 Hour Fitness") was served with
4 the Complaint on April 2, 2020;

5    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), 24 Hour
6 Fitness's deadline to respond to the Complaint is currently April 23, 2020;

7    WHEREAS, Civil Local Rule 6-1(a) provides that "[p]arties may stipulate in writing,
8 without a Court order, to extend the time within which to answer or otherwise respond to the
9 complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the
10 Court, provided the change will not alter the date of any event or any deadline already fixed by
11 Court order";

12    WHEREAS, the parties have agreed that the deadline for 24 Hour Fitness to answer or
13 otherwise respond to the Complaint shall be extended to May 26, 2020, which is sixty days from
14 the filing of the Complaint;

15    WHEREAS, this extension of time will not alter the date of any event or deadline already
16 fixed by Court order;

17    WHEREAS, this stipulation is not intended to operate as an admission of any factual
18 allegation or legal conclusion and is submitted subject to and without waiver of any right,
19 defense, affirmative defense, or objection, including personal jurisdiction;

20    NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate
21 that 24 Hour Fitness shall have until May 26, 2020 to answer or otherwise respond to the
22 Complaint.

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                    JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:20-CV-02134-JD

1  DATED: April 9, 2020                    LATHAM & WATKINS LLP

2                                          By:   /s/ Nicole C. Valco
                                               Nicole C. Valco (CA Bar No. 258506)
3                                              505 Montgomery Street, Suite 2000
                                               San Francisco, California 94111-6538
4                                              Telephone:  +1.415.391.0600
                                               Facsimile:  +1.415.395.8095
5                                              nicole.valco@lw.com

6
                                           Attorney for Defendant *24 Hour Fitness*
7                                          *USA, Inc.*

8

9
   DATED: April 9, 2020                    BURSOR & FISHER, P.A.
10
                                           By:   /s/ Yeremey Krivoshey
11                                             L. Timothy Fisher (CA Bar No. 191626)
                                               Yeremey Krivoshey (CA Bar No. 295032)
12                                             1990 North California Boulevard, Suite 940
                                               Walnut Creek, CA 94596
13                                             Telephone: (925) 300-4455
                                               Facsimile: (925) 407-2700
14                                             ltfisher@bursor.com
                                               ykrivoshey@bursor.com
15
                                           Attorneys for Plaintiff *Brenda Labib*
16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                    JOINT STIPULATION TO EXTEND TIME TO
                     RESPOND TO COMPLAINT
                     CASE NO. 3:20-CV-02134-JD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation Pursuant to Civil Local Rule 6-1(a) Extending Time for Defendant to Respond to the Complaint.   Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Nicole C. Valco, attest that concurrence in the filing of this document has been obtained.


DATED:  April 9, 2020                     _/s/ *Nicole C. Valco*_____
                                                        Nicole C. Valco

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:20-CV-02134-JD